NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,           )
                               )
        Appellant,       )
                               )
v.                           )      Case No. 2D17-3308
                               )
DANIEL COTTEN,           )
                               )
        Appellee.       )
                               )
_____)

Opinion filed May 25, 2018.

Appeal from the Circuit Court for
Hillsborough County; J. Rogers Padgett,
Senior Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellant.

Lisa B. McLean of Lisa B. McLean, P.A.,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.